[This decision has been published in *Ohio Official Records* at 94 Ohio St.3d 1204.]

ROLLIN, APPELLANT, *v*. NATIONWIDE MUTUAL INSURANCE COMPANY,

APPELLEE.

[Cite as *Rollin v. Nationwide Mut. Ins. Co.*, 2002-Ohio-69.]

*Appeal dismissed as improvidently allowed.*

(No. 00-1978—Submitted November 14, 2001—Decided January 9, 2002.)

APPEAL from the Court of Appeals for Lorain County, No. 99CA007313.

———————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

COOK, J., dissents.

———————————

**COOK, J., dissenting**.

{¶ 2} I respectfully dissent. Instead of dismissing this case as improvidently allowed, I would affirm the judgment of the court of appeals.

———————————

*Hoffman Legal Group, L.L.C., W. Andrew Hoffman III* and *Douglas S. Hunter*, for appellant.

*Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Gregory E. O'Brien* and *Daniel A. Richards,* for appellee.

———————————